ROGER L. GRANDGENETT II, ESQ., Bar # 6323
AARON B. SHUMWAY, ESQ., Bar # 10759
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendant
FLEXTRONICS AMERICA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER L. WOZAB,<br><br>            Plaintiff,<br><br>vs.<br><br>FLEXTRONICS AMERICA, LLC a/k/a FLEXTRONICS; DOES 1-10 and ROES 11-20, inclusive,<br><br>            Defendant. | Case No. 2:11-cv-01612-LDG -CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff CHRISTOPHER L. WOZAB and Defendant FLEXTRONICS AMERICA, LLC a/k/a FLEXTRONICS, by and through their respective counsel of record, hereby stipulate and agree pursuant to Federal Rules of Civil Procedure 41(a) to dismiss with prejudice, all causes of action asserted in this lawsuit.

. . .

. . .

. . .

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Accordingly, the parties stipulate to and respectfully request an order dismissing this action, in its entirety, with prejudice, as to all parties named herein. The parties agree and acknowledge that each party shall bear its own costs and fees for the claims and causes of action dismissed by way of this Stipulation and Order.

IT IS SO STIPULATED.

Dated: November _____, 2012                     Dated: November 13th, 2012

_____                 _____
CHRISTIAN GABROY, ESQ.                          ROGER L. GRANDGENETT II, ESQ.
GABROY LAW OFFICES                              AARON B. SHUMWAY, ESQ.
                                                LITTLER MENDELSON

Attorneys for Plaintiff                         Attorneys for Defendant
CHRISTOPHER L. WOZAB                            FLEXTRONICS AMERICA, LLC

## ORDER

IT IS SO ORDERED.

Dated this ____ day of November, 2012.

_____
Lloyd D. George
United States District Judge

Firmwide:115654808.1 014692.1140

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.